## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Jannie Rebecca Taylor**<br>1640 Tunnel Hill Varnell Rd<br>Tunnel Hill, GA 30755−7778<br><br>**xxx−xx−8587** | Case No.: **22−40850−pwb**<br>Chapter: **7**<br>Judge: **Paul W. Bonapfel** |

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Tracey L. Montz**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

*[signature: Paul W Bonapfel]*

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: February 1, 2023
Form 184